**No. 46306.**—Protest 987624–G of Shun Ying Chong & Co. (San Francisco).

Opinion by CLINE, J.   It was stipulated that certain of the drugs in question are similar to those passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), as amended by Abstract 44821.   In accordance therewith the claim at 10 percent under paragraph 34 was sustained.

**No. 46307.**—Protest 960998–G/87918 of Jay W. Rapp & Co. (Chicago).

Opinion by CLINE, J.   In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the claim for free entry under paragraph 1669 was sustained as to certain of the merchandise.

**No. 46308.**—Protest 45986–K of Downer, Hunnewell & Co., Inc. (Boston).

Opinion by CLINE, J.   In view of Abstract 45762 and the stipulation of counsel that the ginger is not composed in chief value of manufactured sugar it was held that the tax under the Sugar Act of 1937 is not applicable thereto.

**No. 46309.**—Protest 8461–K (B) of McClintock Stern Co., Inc. (San Francisco).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of ginger root, not preserved or candied, unground, the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 46310.**—Protest 8458–K, etc., of McClintock Stern Co. et al. (San Francisco).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of ginger root, not preserved or candied, unground, the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 46311.**—Protest 50158–K/90053 of H. J. Mayer & Sons Co. (Chicago).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of ginger root, not preserved or candied, unground, the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 46312.**—Protests 948924–G, etc., of McClintock, Stern Co., Inc., et al. (San Francisco).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of ginger root, not preserved or candied, unground, the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.